Boots *et al. v.* Boots.

---

No. 9380.

## BOOTS ET AL. *v.* BOOTS.

JOINT OBLIGORS.—*Action Against.*—*Process Returned Not Found as to One.*— *Plea in Abatement.*—*Practice.*—In an action against two or more joint obligors, a return of the process not served as to one of the defendants does not, as to him, abate the action, nor afford support for a plea in abatement by the defendant served.

From the Montgomery Circuit Court.

*P. S. Kennedy* and *W. T. Brush,* for appellants.
*T. H. Ristine* and *B. T. Ristine,* for appellee.

WOODS, J.—Complaint against three makers of a joint promissory note. The summons was returned "not found" as to one of the defendants. The other two, the appellants, joined in a sworn plea of the tenor following, to wit: "That

their co-defendant Isaac G. Boots, who is yet alive, has not been served with any summons in this case; that the sheriff has returned the summons issued herein as to the said Isaac G. Boots 'not found.' Wherefore," etc.

Counsel for the appellant insist that the return of "not found" operated to abate the action in respect to the defendant not served, and to place the case in the same position as if no summons had issued against that party to the instrument. *Bledsoe* v. *Irvin*, 35 Ind. 293, and *Bragg* v. *Wetzel*, 5 Blackf. 95, are cited in support of the plea, but they come short of upholding it. *Archer* v. *Heiman*, 21 Ind. 29; *Erwin* v. *Scotten*, 40 Ind. 389; R. S. 1881, sections 320, 322. By the first clause of section 320, it is expressly provided that, "If the action be against defendants jointly indebted on contract, he (the plaintiff) may proceed against the defendants served;" and, under section 321, the party not served may be proceeded against as if "alone liable." As the section stood in the code of 1852, section 641, the party not served might be declared bound by the judgment rendered in the same manner as if originally summoned. *Erwin* v. *Scotten*, *supra*. The court did not err in sustaining the demurrer to the plea.

Judgment affirmed, with costs.